# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 12, 2021

Lyle W. Cayce
Clerk

No. 20-60764

David Karcher,

*Plaintiff—Appellant*,

*versus*

Thomas W. Harker, Acting Secretary of the Navy;
Department of the Navy,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:17-CV-266

Before Clement, Haynes, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Having fully considered the parties' briefing, the record on appeal, and oral argument, we conclude that the district court did not commit reversible error in granting summary judgment to the defendants in this case. AFFIRMED. *See* 5th Cir. R. 47.6.

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.